IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | REDACTED |
| v. | Criminal Action No. 05 – 107 |
| MICHAEL R. HENRY, | |
| Defendant. | |

### INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

On or about October 26, 2005, in the State and District of Delaware, the defendant, MICHAEL R. HENRY, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about March 18, 1999, in the Superior Court for the State of Delaware, did knowingly possess in and affecting commerce a firearm, to wit, a .22 caliber Phoenix Arms handgun, model HP22A, serial number 4233242, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Adam Safwat
Assistant United States Attorney

Date: December 15, 2005

FILED
DEC 1 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE