# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

    Plaintiff,     :
             :
  v.         : Criminal Action No. 05- *107*

MICHAEL R. HENRY,

    Defendant.

## MOTION AND ORDER FOR BENCH WARRANT

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney, and hereby moves this Honorable Court for the issuance of a warrant for the arrest of Michael R. Henry as a result of the Indictment returned against him on December 6, 2005, in the above-referenced case.

           Respectfully submitted,

           COLM F. CONNOLLY
           United States Attorney

       By: *Adam*
           Adam Safwat
           Assistant United States Attorney

Dated: December *15*, 2005

  **AND NOW**, this *10* day of December, 2005, upon the foregoing Motion, **IT IS HEREBY ORDERED** that a warrant be issued for the arrest and apprehension of Michael R. Henry.

           Honorable Mary Pat Thynge
           United States Magistrate Judge

```
F I L E D

DEC 1 5 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```