UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

*FILED IN OPEN COURT 1/10/06 KJK*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CASE NO. **CR 05-107-SLR** |
| vs. ) | |
| ) | |
| **MICHAEL R. HENRY** ) | |
| ) | |
| Defendant. ) | |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **10ᵀᴴ** day of **JANUARY** , 2006, ORDERED that **Penny Marshall, Esq**. from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED

JAN 1 0 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE