UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

FILED IN OPEN
Court 1/10/06
KJK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　Plaintiff, )<br>　　vs. )<br>MICHAEL HENRY )<br>　　　　　　Defendant. ) | CASE NO. CR05-107-SLR |

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on January 10, 2006 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until February 10, 2006 The time between the date of this order and February 10, 2006 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Mary Pat Thynge
　　　　　　　　　　　　　　　　U.S. Magistrate Judge

cc: Defense Counsel
　　United States Attorney

FILED
JAN 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE