PS 8
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Criminal Action No. 1:05CR000107-001 (SLR) |
| Michael Henry | ) ) ) |
| Defendant | ) |

### Petition for Action on Conditions of Pretrial Release

COMES NOW THOMAS F. CAREY PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Michael Henry who was placed under pretrial release supervision by the Honorable Mary Pat Thynge sitting in the court at Wilmington, Delaware, on the 10th day of January, 2006 under the following conditions:

Release Condition 1: The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.
Release Condition 7p: The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
Release Condition 7q: The defendant shall submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

SEE ATTACHED

**PRAYING THAT THE COURT WILL ORDER**... the issuance of an arrest warrant so that Michael Henry can be brought before the Court for a hearing to determine if he has violated the conditions of pretrial release.

| ORDER OF COURT | I declare under penalty of perjury the foregoing is true and correct, |
|---|---|
| So ordered this _____ day of _____, 2006. | _____ U. S. Pretrial Services Officer |
| _____ Magistrate Judge | Executed on   February 6, 2006 |
| | Place   Dover, DE |

**FILED**
FEB 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Release Condition #1:** The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

**Release Condition #7(p):** The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**Evidence:** On February 5, 2006, Michael Henry was arrested and charged with the following criminal offenses: Maintaining a Vehicle for Keeping a Controlled Substance; Possession of Drug Paraphernalia; Possession of Cocaine, and Driving While License is Suspended or Revoked. During the arrest that took place on February 5, 2006, the police reportedly searched Mr. Henry and found him to be in possession of approximately two grams of cocaine.