UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-107-SLR |
| | ) | |
| MICHAEL HENRY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO ENLARGE THE TIME FOR THE FILING OF PRE-TRIAL MOTIONS
AND TO WAIVE THE APPLICATION OF THE SPEEDY TRIAL ACT**

Defendant, Michael Henry, by and through his undersigned counsel, Christopher S. Koyste, hereby moves the Court to issue an order that enlarges the time period for the filing of pre-trial motions by 35 days and excludes this time period from the Speedy Trial Act calculations. This 35 day time period will allow the Defense additional time to review discovery, investigate the allegations in this action, and negotiate with the Government. Counsel submits the following in support thereof:

1. Mr. Henry was indicted on December 15, 2005, 2005 for one count of possessing a firearm after being convicted of a felony. Pre-trial motions are due on February 10, 2006.

2. Mr. Henry requests an additional 35 days to review discovery, investigate the allegations in this action, and negotiate with the Government. Mr. Henry moves to enlarge the time period for the filing of pre-trial motions 35 days, making pre-trial motions due no later than March 17, 2006. Mr. Henry also moves for the exclusion of 35 days as calculated by the Speedy Trial Act, 18 U.S.C. Section 3161(c)(1), and asserts that such a time exclusion in the interests of justice.

3. AUSA Adam Safwat does not oppose Mr. Henry's request.

WHEREFORE, Mr. Henry respectfully requests the Court to issue an order that enlarges the

time period for the filing of pre-trial motions by 35 days and excludes this time period from the Speedy Trial Act calculations.

/s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Michael Henry

Dated: February 10, 2006

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that this Motion to Enlarge the Time for the Filing of Pre-Trial Motions and Waive the Application of the Speedy Trial Act is available for public viewing and downloading and was electronically delivered on February 10, 2006 to:

Adam Safwat, Esq.
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, Delaware 19801

    /s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
Attorney for Michael Henry