UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-107-SLR |
| | ) | |
| MICHAEL HENRY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Having considered Defendant's Motion to Extend the Time for the Filing of Pretrial Motions and Waive the Application of the Speedy Trial Act,

**IT IS HEREBY ORDERED** this \_\_\_\_ day of February, 2006, that Defendant's Motion is **GRANTED** and the time period for the filing of pre-trial motions is enlarged from February 10, 2006 by 35 days and excluded from the Speedy Trial Act calculations. Pre-trial motions are to be filed on or before March 17, 2006.

                                                                Chief Judge Sue L. Robinson

cc:   AUSA Adam Safwat
      AFPD Christopher Koyste