IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|     Plaintiff, | : |
|     v. | :   Criminal Action No. 05-107-SLR |
| MICHAEL HENRY, | : |
|     Defendant. | : |

**MOTION FOR DETENTION**

**NOW COMES** the United States and moves for the detention of the defendant, MICHAEL HENRY, pursuant to 18 U.S.C. §§ 3142(a) and 3148 and Federal Rule of Criminal Procedure 46(a), pending a hearing on the violation of pre-trial supervised release petition. In support of the motion, the United States alleges that there is clear and convincing evidence that the defendant has violated several conditions of supervised release and poses a danger to the safety of any other person or the community if released.

                                    Respectfully submitted,

                                    COLM F. CONNOLLY
                                  United States Attorney

By: _/s/ Adam Safwat_
      Adam Safwat
      Assistant United States Attorney

Dated: February 13, 2006