UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-107-SLR |
| ) | |
| MICHAEL HENRY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Having considered Defendant's Motion to Extend the Time for the Filing of Pretrial Motions and Waive the Application of the Speedy Trial Act,

**IT IS HEREBY ORDERED** this 13th day of February, 2006, that Defendant's Motion is **GRANTED** and the time period for the filing of pre-trial motions is enlarged from February 10, 2006 by 35 days and excluded from the Speedy Trial Act calculations. Pre-trial motions are to be filed on or before March 17, 2006.

_____
Chief Judge Sue L. Robinson

cc:   AUSA Adam Safwat
      AFPD Christopher Koyste