AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

MICHAEL R. HENRY

**WARRANT FOR ARREST**

Case Number:    CR 05-107-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     MICHAEL HENRY
                                                                                                 Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    ☐ Information    ☐ Complain    ☐ Order of court    Violation    Probation Violation Petition

charging him or her     (brief description of offense)

POSSESSION OF A FIREARM BY A FELON

in violation of    18    United States Code, Section(s)    922(g)(1) and 924(a)(2)

Peter T. Dalleo                              Clerk, United States District Court
Name of Issuing Officer                       Title of Issuing Officer

By: [signature], Deputy Clerk           December 16, 2005 in Wilmington, DE
Signature of Issuing Officer                     Date and Location

Bail fixed at $ _____ by _____
                                                                 Name of Judicial Officer

*Received stamp: U.S. MARSHALS SERVICE, WILMINGTON, DELAWARE — 2005 DEC 16 A 8:11*
*2006 FEB [?] PM 1:02*

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

[signature: Michael Henry]

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12-16-05 | William David, DUSM | William [signature] |
| DATE OF ARREST |  |  |
| 1-10-06 |  |  |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN                      _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____