IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 05-107-SLR |
| ) | |
| MICHAEL HENRY, ) | |
| ) | |
| Defendant. ) | |

O R D E R

At Wilmington this 27th day of March, 2006, having been advised by counsel that defendant intends to change his plea of not guilty to guilty;

IT IS ORDERED that:

1. A change of plea hearing is scheduled for **Thursday, April 6, 2006** at **10:00 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the **April 6, 2006** change of plea hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge