IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-107-SLR |
| | ) | |
| MICHAEL R. HENRY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Adam Safwat as attorney

of record on behalf of the United States of America, and enter the appearance of Assistant United

States Attorney Edmond Falgowski.

COLM F. CONNOLLY
United States Attorney

By: _____

Edmond Falgowski
Assistant United States Attorney
Nemours Building, #700
P.O. Box 2046
Wilmington, Delaware 19899-2046
edmond.falgowski@usdoj.gov

Dated: 6-7-06

## CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA            )
                                    )
        v.                          )        Criminal Action No. 05-107-SLR
                                    )
MICHAEL R. HENRY                    )


        I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that

on June 7, 2006, I electronically filed the foregoing:

### NOTICE OF SUBSTITUTION OF COUNSEL

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:


        Christopher Koyste, Equire
        ecf_ck@msn.com