PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Criminal Action No. 1:05CR00107-001(SLR) |
| Michael Henry, | ) ) ) |
| Defendant. | ) |

### Petition on Probation and Supervised Release

COMES NOW Amie K. Docherty Probation Officer of the Court presenting an official report upon the conduct and attitude of Michael Henry , who was placed on supervision by the Honorable The Honorable Sue L. Robinson , sitting in the court at Wilmington, Delaware on the 30th day of June 2006, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall provide the probation officer with access to any requested financial information.
2. The defendant shall participate in a drug aftercare treatment program, at the direction of the probation officer, which may include testing.
3. The defendant shall participate in a program for anger management at the direction of the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

SEE ATTACHED

**PRAYING THAT THE COURT WILL ORDER** ...the issuance of an arrest warrant so that Michael Henry may be brought before the court for a hearing to determine if he has violated the terms and conditions of supervised release.

**ORDER OF COURT**

So ordered this 25th day of July 2007.

_____
U. S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
U.S. Probation Officer

Executed on   July 23, 2007

Place   Dover, Delaware

**Mandatory Condition #1:** The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

**Mandatory Condition #2:** The defendant shall not commit another federal, state or local crime.

**Mandatory Condition #3:** The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.

**Standard Condition #7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Evidence:** On July 5, 2007, Mr. Henry was arrested by the Delaware State Police and was charged with the following offenses: Possession of a Firearm During the Commission of a Felony; Possession of a Firearm by Person Prohibited; Aggravated Menacing (4 counts); Reckless Endangering, First Degree; Criminal Mischief; Delivery of Cocaine; Possession with Intent to Deliver Cocaine, and Maintaining a Dwelling for Keeping Controlled Substances. According to the Delaware State Police, Mr. Henry illegally possessed and fired a handgun on July 4, 2007. The police also reported that Mr. Henry possessed and sold cocaine on July 5, 2007. These reported events occurred during the term of supervised release which began on March 12, 2007.