IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-107-SLR |
| | ) | |
| MICHAEL HENRY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Edmond Falgowski as attorney of record for the United States, and enter the appearance of Christopher J. Burke, Assistant United States Attorney for the District of Delaware, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Christopher J. Burke
Christopher J. Burke
Assistant United States Attorney
Nemours Building, Suite 700
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899-2046
302-573-6277, x142

Dated: July 30, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-107-SLR |
| ) | |
| MICHAEL HENRY, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I, Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby certify that on the 30th day of July 2007, I caused to be electronically filed a **Notice of Substitution of Counsel and Entry of Appearance** with the Clerk of the Court. I further certify that a copy of the foregoing was sent via U.S. mail to counsel of record as follows:

Office of the Federal Public Defender
District of Delaware
704 King Street, Suite 110
Wilmington, DE 19801

/s/ Christopher J. Burke
Christopher J. Burke
Assistant United States Attorney