IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-107-SLR |
| ) | |
| MICHAEL HENRY, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR DETENTION

**NOW COMES** the United States and moves for the detention of the defendant, Michael Henry, pursuant to 18 U.S.C. §§ 3143(a) and 3583(e), and Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d), pending a hearing on the violation of supervised release petition. This written motion follows a oral motion to the same effect, which the government made in open court today during the defendant's initial appearance in this matter.

In support of the motion, the United States alleges that the defendant poses a danger to the community, a risk of non-appearance and cannot meet his burden of proving, by clear and convincing evidence, that he is not likely to pose a risk of flight or danger to the community if released. The United States further alleges that the defendant cannot demonstrate that he is able to abide by any condition or combination of conditions of release.

The government understands that, in light of the defendant's decision not to contest the government's motion, the Court will issue its own detention order in the near future. Therefore, the government has not appended a proposed order to this motion.

                                          Respectfully submitted,

                                          COLM F. CONNOLLY
                                          United States Attorney

                      BY:   /s/ Christopher J. Burke
                                          Christopher J. Burke
                                          Assistant United States Attorney

Dated: October 11, 2007