IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-107-SLR |
| MICHAEL R. HENRY | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF REVOCATION HEARING**

Defendant, Michael R. Henry, by and through his undersigned counsel, Keir Bradford, hereby moves this Court for an Order continuing his Revocation Hearing in this case. In support of the motion, the defense submits as follows:

1. A Revocation Hearing is currently scheduled for October 23, 2007 at 3:00 p.m. in the above-captioned matter.

2. The basis for this alleged violation of supervised release are new criminal charges currently pending against Mr. Henry. The case number for the new criminal charges is 07-129-SLR.

3. Mr. Henry requests that his Revocation Hearing be continued until after his pending case (07-129-SLR), which form the basis of his alleged violation of supervised release, is resolved.

4. Assistant United States Attorney Christopher Burke, who is handling this case for the government, has no objection to the defense's request for a continuance.

WHEREFORE, Mr. Henry respectfully requests that his Revocation Hearing be continued until the open criminal charges pending against him are resolved.

        Respectfully Submitted,

        /s/
        Keir Bradford, Esquire
        Assistant Federal Public Defender
        One Customs House
        704 King Street, Suite 110
        Wilmington, Delaware  19801
        Attorney for Defendant Michael Henry

Dated: October 16, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-107-SLR |
| | : | |
| | : | |
| MICHAEL HENRY, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that a copy of Defendant's Motion for Continuance of Violation of Supervised Hearing is available for public viewing and downloading and was electronically delivered on October 16, 2007, to:

Christopher J Burke, Esquire
Assistant U.S. Attorney
1007 Orange Street
Suite 700, P.O. Box 2046
Wilmington, DE   19899-2046

/s/
Keir Bradford, Esquire
Assistant Federal Public Defender
704 King St., Suite 110
Wilmington, Delaware  19801
Attorney for Defendant Christopher J. Burke