IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-107-SLR |
| | : | |
| MICHAEL R. HENRY, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant's Motion For Continuance of Revocation Hearing;

**IT IS HEREBY ORDERED** this _____ day of _____, 2007, that

Defendant Henry's Revocation Hearing shall be on the \_\_\_ day of _____, 2007 at \_\_\_ a.m./p.m.


 

**HONORABLE SUE L. ROBINSON**
United States District Court