AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

MICHAEL HENRY

**WARRANT FOR ARREST**

Case Number: 05-CR-107-001-SLR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MICHAEL HENRY__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with (brief description of offense)

Violations of Conditions of Supervised Release

in violation of Title _____ United States Code, Section(s) _____

**PETER T. DALLEO**
Name of Issuing Officer

BY: _Francesca Passaic, Deputy Clerk_ (signature)
Signature of Issuing Officer

**CLERK OF COURT**
Title of Issuing Officer

7/25/07 at Wilmington, Delaware
Date and Location

[Stamp: FILED CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE 2007 OCT 29 AM 9:44]

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St. Wilm. De.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7-25-07 | William David DUSM | William Dave |
| DATE OF ARREST 10-11-07 | | |